UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERECK CARROLL, | Case No. 2:26-cv-01011-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND** |
| REPUBLIC SERVICES, INC., | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Dereck Carroll and defendant Republic Services, Inc. ("Republic") stipulate that the deadline for Republic to respond to the complaint (ECF No. 1) be extended for three weeks from Wednesday, May 6, 2026 until Wednesday, May 27, 2026.

Defense counsel was recently retained and requires additional time to review the Complaint, confer with the client regarding the allegations, and prepare

10757.74

an appropriate response.  The requested extension is made in good faith and not for purposes of delay.  No prior extensions have been requested, no trial date or other case management deadlines have been set, and no party will be prejudiced by the extension.

| CONSUMER JUSTICE LAW FIRM | KAEMPFER CROWELL |
|---|---|

/s/ Michael Yancey III
Michael Yancey III, No. 16158
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102

Attorney for Plaintiff
Dereck Carroll

Keith Williams, No. 10796
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

BRYAN CAVE LEIGHTON PAISNER
Darci Madden (pro hac vice forthcoming)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Attorneys for Defendant
Republic Services, Inc.

## ORDER

IT IS SO ORDERED.

Dated: May 12, 2026

Nancy J. Koppe
United States Magistrate Judge

10757.74