Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff,*
*Dereck Carroll*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

|  |  |
|---|---|
| | Case No.: 2:26-cv-01011-GMN-NJK |
| DERECK CARROLL, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND** |
| Plaintiff, | |
| v. | **(FIRST REQUEST)** |
| REPUBLIC SERVICES, INC., | |
| Defendant. | |

Plaintiff Dereck Carroll ("Plaintiff") and Defendant Republic Services, Inc. ("Defendant") stipulate that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss [Dkt. 15] (the "Motion") be extended for one week. The Motion was filed on May 27, 2026, and Plaintiff's opposition is, accordingly, due June 10, 2026. In the week leading up to the deadline to oppose the Motion, Plaintiff's counsel has multiple depositions and court appearances calendared, and respectfully requests a one-week extension to allow time to fully respond to the Motion. Defendant does not oppose this request.

This is the first stipulation for extension of time to respond to Defendant's Motion to Dismiss.

| CONSUMER JUSTICE LAW FIRM | KAEMPFER CROWELL |
|---|---|
| /s/ Michael Yancey III | /s/Keith Williams |
| Michael Yancey III, NV # 16158 | Keith Williams, NV # 10796 |
| 2300 West Sahara Avenue, Suite 800 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89135 |
| Attorneys for Plaintiff | BRYAN CAVE LEIGHTON PAISNER |
| Dereck Carroll | Darci Madden (pro hac vice forthcoming) |
| | One Metropolitan Square |
| | 211 North Broadway, Suite 3600 |
| | St. Louis, Missouri 63102 |

**ORDER**

IT IS SO ORDERED.

**DATED** this __1__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court