**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERECK CARROLL,

      Plaintiff,

v.

REPUBLIC SERVICES, INC.,

      Defendant.

Case No. 2:26-cv-01011-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by July 17, 2026.

IT IS SO ORDERED.

Dated: July 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge