**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERECK CARROLL,

Plaintiff,

v.

REPUBLIC SERVICES, INC.,

Defendant.

Case No. 2:26-cv-01011-GMN-NJK

**Scheduling Order**

[Docket No. 21]

Pending before the Court is a proposed discovery plan requesting special scheduling review. Docket No. 21.

The proposed discovery plan improperly imposes a stay of discovery pending the resolution of Defendant's motion to dismiss, without addressing the relevant standards. Docket No. 21 at 2. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

Further, the parties' proposed discovery plan fails to comply with the Court's Local Rules. The proposed discovery plan and scheduling order fails to provide calendar dates for the proposed deadlines, as required by LR 26-1(b)(1)-(4). *See* Docket No. 21 at 2-3. Additionally, the plan fails to number the lines of text consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page. *See id.*; *see also* Local Rule IA 10-1(a)(1).

Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 21. The parties are **ORDERED** to submit an amended proposed discovery plan, or a proper request to stay discovery pending resolution of the motion to dismiss addressing the relevant standards, by July 23, 2026.

IT IS SO ORDERED.

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge