**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERECK CARROLL,

Plaintiff,

v.

REPUBLIC SERVICES, INC,

Defendant.

Case No. 2:26-cv-01011-GMN-NJK

**Order**

[Docket No. 23]

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 23; *see also* Docket No. 15 (motion to dismiss). Defendant submits that Plaintiff does not oppose the entry of a stay of discovery. *See* Docket No. 23 at 1.

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the Court **GRANTS** the motion to stay discovery. Docket No. 23. In the event resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within seven days of the issuance of the order resolving the motion.

IT IS SO ORDERED.

Dated: July 27, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion but will not provide discussion of the merits herein.